SEYFARTH SHAW LLP
James M. Nelson (SBN 116442)
Diana R. Craig (SBN 221389)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
TECHNOLOGY ASSOCIATES INTERNATIONAL
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERLOC SOLUTIONS, INC. | Case No. 2:07-CV-01534-LEW-GGH |
| Plaintiff, | **DECLARATION OF STEPHEN MEYER** |
| v. | |
| TECHNOLOGY ASSOCIATES INTERNATIONAL CORPORATION, WALT OLESKY, CHARLES JOHNSON, CHRIS RHODES, MICHAEL NUTT and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

I, Stephen Meyer, declare:

1. I am the Executive Vice President and Chief Operating Officer of Technology Associates International Corporation (TAIC) and have held this position since January 2005 and was previously a member of the Board of Directors. I have personal knowledge of the matters set forth in this declaration, and if called to testify, I could and would competently testify thereto.

2. TAIC was founded in October 2000 as a small business enterprise providing consulting services to both public- and private-sector clients in the areas of Information Technology solutions (including GIS services), program and project management support, environmental resource management, and business and strategic asset management services.

3. TAIC has experienced considerable growth in various areas over the past 7 years. Strategic asset management has consistently been at least 20% of TAIC operations and revenues.

4. The strategic asset management division of TAIC takes an existing software product like MAXIMO and integrates it with a customer's existing systems. A large part of TAIC's strategic asset management business is with Federal Governmental customers, including the U.S. Marine Corps.

5. I believe Interloc is smaller and less diverse than TAIC. It is my understanding that it is solely a strategic asset management firm that began as part of Eclipse Solutions, Inc. I believe Eclipse and Interloc remain related and continue to share a similar client base of primarily state and local government entities but that Interloc also has some private commercial contracts.

6. The movement of employees between TAIC and Interloc is not unusual. In 2005, at least four TAIC employees left to join Eclipse in its strategic asset management division, which was new at the time. One of the employees that left TAIC to help build Interloc was Chris Rhodes. When Rhodes left he took at least three of TAIC's clients with him including the King County.

7. Companies providing MAXIMO integration services generally partner with IBM, who owns and who sells the customer the software. Implementation services typically include installing MAXIMO, integrating it with existing software, and performing some data entry of assets.

8. IBM will assist any implementation firm with marketing and sales presentations and can provide materials to help secure a sale. IBM consultants will also help implementation firms develop bids and determine pricing by helping implementation firms determining time estimates for projects. IBM consultants even assist with writing customer proposals. Some or IBM's resources are shown on its web page at: http://www-1.ibm.com/partnerworld/pwhome.nsf/weblook/ pub_benefits.html. There is generally nothing unique or proprietary about customer marketing materials or bids as IBM provides these materials for any company. I

1  cannot imagine anything Johnson, Nutt, and Rhodes could have downloaded that would be of
2  value to TAIC or another competitor in this field.

3      9.    The customer base is well known within the MAXIMO product strategic asset
4  management industry. This is in part because customers and firms wishing to provide MAXIMO
5  integration services are all linked by IBM. Firms providing integration services are also
6  connected and exchange information through groups like MAXIMO World
7  (www.maximoworld.com). Employees working in this field are also well known. For example,
8  I believe that TAIC's CIO could identify many key individuals working in this area and their
9  current company.

10      10.    Companies providing strategic asset management services through MAXIMO
11  Implementation often publish who their clients are on the internet. TAIC's client list is available
12  at:http://www.taic.net/ clients.aspx. Interloc's client list is available at: http://www.interloc
13  solutions.com/customers. Asp. Eclipse Solutions customer list is also published on the internet
14  at: http://www.eclipsesolutions.com/ clientinfo /client_ clientlist.html.

15      11.    When TAIC hired Johnson, Nutt, and Rhodes, it matched what they reported their
16  existing Interloc salaries were and gave then standard stock options for employees of their level.
17  Johnson received options for approximately 15,000 shares and Rhodes, and Nutt received
18  options for approximately 10,000 shares each. The total value of these options would not be
19  more than $20,000.

20      12.    At the time, Johnson, Nutt, and Rhodes joined TAIC, I was unaware of any
21  downloads Johnson, Nutt, or Rhodes may have made from Interloc's systems. If anything was
22  downloaded by Johnson, Nutt, and Rhodes after they had decided to leave Interloc and join
23  TAIC it was not at the direction of TAIC and done without TAIC's knowledge.

24      13.    Since plaintiff initiated litigation, I have counseled Johnson, Nutt, and Rhodes
25  not to bring in or use anything that they may have downloaded from Interloc. I also
26  commissioned an investigation into any data uploading that had occurred from July 13 forward
27  to confirm whether there was a chance that any Interloc material had made its way onto the
28  TAIC system or servers. After confirming that no uploading or usage of outside data had

occurred and no Interloc data found its way onto TAIC servers, I directed implementation of measures to monitor the system to prevent any future uploading of data from outside TAIC in the future to supplement existing protocols and confirmed through TAIC's IT department that no data has been uploaded to any of TAIC's systems from Johnson, Nutt, and Rhodes. I have no way of knowing for certain whether any Interloc protected or confidential data was downloaded by individuals employed by it at the time but I have a high level of confidence that TAIC does not and never did possess any such data. All three employees have confirmed to us in writing as part of their new hire orientation that they have brought no data or other proprietary information with them.

14. Since Johnson, Nutt, and Rhodes joined TAIC, it has acquired no contracts based on their contacts or that is associated with Interloc.

15. The order sought by plaintiff and granted by the court on a temporary basis would have devastating results to TAIC if continued. TAIC has long standing relationships and contracts with customers in areas other that strategic asset management that are also customers of Interloc for that limited purpose. For example SAIC, IBM, and Sempre are apparently Interloc strategic asset management customers (from their web site) whom TAIC performs other services for. TAIC does several hundred thousand dollars of environmental consulting for Sempre that it will lose if it cannot communicate with this client.

16. I am a former CFO of SAIC. It is my belief that Interloc got this client when Jim Cullen left TAIC for Interloc and is Interloc's only point of contact with this company. TAIC has approximately $100,000 of existing business with SAIC in other areas that it would forfeit under this order.

17. The order would also preclude TAIC from communicating with IBM. This is devastating because all MAXIMO Strategic Asset Management integration firms must work with IBM for software, manuals, and templates. Barring TAIC from communicating with IBM would preclude it from performing any integration services for customers who want MAXIMO software. This would effectively cripple this aspect of TAIC's business, costing it between three and five million dollars in losses per year.

18. TAIC is also on the edge of acquiring a company with 14.5 million dollars in revenues per year. This company sells hardware and IBM is its primary vendor. Any order prohibiting communication or contacts with IBM would preclude this transaction, costing TAIC an anticipated 14.5 million in earnings.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on August 13, 2007 at San Diego, Ca.
(County) (State)

_____
Stephen Meyer