Jeffrey H. Ochrach [SBN 131027]
**LAW OFFICES OF JEFFREY H. OCHRACH**
3001 Douglas Boulevard, Suite 220
Roseville, California  95661
Telephone:    916-784-1200
Facsimile:    916-784-7099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| INTERLOC SOLUTIONS, INC.<br><br>　　　　　Plaintiff<br><br>vs.<br><br>TECHNOLOGY ASSOCIATES INTERNATIONAL CORPORATION, WALT OLESKY, CHARLES JOHNSON, CHRIS RHODES, MICHAEL NUTT and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Civil No. 2:07-CV-01534-LEW-GGH<br><br>**EX PARTE ORDER REGARDING FILING SEALED DOCUMENTS**<br><br>*[Assigned to the Honorable Ronald S.W. Lee, Sr.]* |

　　　Pursuant to Local Rule 39-141(a) and (e), and California Civil Code section 3426.5, this Court orders that Plaintiff Interloc Solutions may file under seal those documents it contends constitute trade secrets in support of its Motion For Temporary Restraining Order and Preliminary Injunction.  These documents will remain under seal permanently, other than the Court's *in camera* review of them. [Plaintiff shall disclose this list to Defendants' counsel, but only individual Defendants may obtain access to this list – solely to permit them to comply with provisions of the Preliminary Injunction.]

　　　IT IS SO ORDERED.

DATED:   August 17,  2007

　　　　　　　　　　　　　　　　　　　　　　　*Ronald SW Lew*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Ronald S.W. Lew
　　　　　　　　　　　　　　　　　　　　　　　Senior, U.S. District Court Judge