1  SEYFARTH SHAW LLP
   James M. Nelson (SBN 116442)
2  Diana R. Craig (SBN 221389)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendants
   TECHNOLOGY ASSOCIATES INTERNATIONAL
6  CORPORATION and WALT OLESKI

7  LAW OFFICES OF JEFFREY H. OCHRACH
   Jeffrey H. Ochrach (SBN 131027)
8  Timothy J. Hennessy (SBN 233595)
   3001 Douglas Boulevard, Suite 220
9  Roseville, California 95661
   Telephone: (916) 784-1200
10 Facsimile: (916) 784-7099

11 Attorneys for Plaintiff
   INTERLOC SOLUTIONS, INC.
12

13             UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15 

| INTERLOC SOLUTIONS, INC. | ) | Case No. 2:07-CV-01534-LEW-GGH |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER REGARDING LIMITED EXPEDITED DISCOVERY** |
| v. | ) | |
| TECHNOLOGY ASSOCIATES INTERNATIONAL CORPORATION, WALT OLESKI, CHARLES JOHNSON, CHRIS RHODES, MICHAEL NUTT and DOES 1 THROUGH 10, inclusive, | ) | **Judge:** Hon. Gregory G. Hollows |
| Defendants. | ) | |

## STIPULATION

Plaintiff INTERLOC SOLUTIONS, INC. and defendants TECHNOLOGY ASSOCIATES INTERNATIONAL CORPORATION and WALT OLESKI ("parties") by and through their respective counsel of record, hereby stipulate, agree, and request that the Court enter an order thereon, as follows:

1

(a) The parties agree that defendants may propound limited discovery in advance if the Rule 26(f) conference as described below.

(b) Defendants may immediately propound written discovery to plaintiff regarding the status of Interloc's relationships with the 34 customers identified in Exhibit A to the Declaration of Michael Watson dated August 17, 2007.

(c) This discovery will include a request for production of documents, a request for admissions, and special interrogatories.

(d) Interloc can redact any confidential information in the documents it produces or the parties may otherwise arrange and agree to another method to maintain confidentiality.

(e) Interloc will have fifteen (15) days to respond to defendants' written discovery.

DATED: September 11, 2007     SEYFARTH SHAW LLP

By   /s/ Diana R. Craig
    James M. Nelson
    Diana R. Craig
Attorneys for Defendants
TECHNOLOGY ASSOCIATES
INTERNATIONAL CORPORATION and
WALT OLESKI

DATED: September 11, 2007     LAW OFFICES OF JEFFREY H. OCHRACH

By   /s/ Timothy J. Hennessy
    Jeffrey H. Ochrach
    Timothy J. Hennessy
Attorneys for Plaintiff
INTERLOC SOLUTIONS, INC.

1    IT IS SO ORDERED.

DATED: 9/12/07

/s/ Gregory G. Hollows
United States Magistrate Judge