1  SEYFARTH SHAW LLP
James M. Nelson (SBN 116442)
2  Diana R. Craig (SBN 221389)
400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
TECHNOLOGY ASSOCIATES INTERNATIONAL
6  CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  INTERLOC SOLUTIONS, INC.              )   Case No. 2:07-CV-01534-LEW-GGH
                                          )
12          Plaintiff,                    )   **STIPULATION RE: VOLUNTARY**
                                          )   **DISMISSAL WITH PREJUDICE [FRCP**
13      v.                                )   **41] AND ORDER**
                                          )
14  TECHNOLOGY ASSOCIATES                 )
    INTERNATIONAL CORPORATION, WALT       )
15  OLESKY, CHARLES JOHNSON, CHRIS        )
    RHODES, MICHAEL NUTT and DOES 1       )
16  THROUGH 10, inclusive,                )
                                          )
17          Defendants.                   )
                                          )
18  _____)

19         The parties to this action, plaintiff/cross-defendant INTERLOC SOLUTIONS, INC.,

20  defendant TECHNOLOGY ASSOCIATES INTERNATIONAL CORPORATION (TAIC),

21  defendant WALT OLESKI, defendant MICHAEL NUTT, defendant CHRISTOPHER RHODES

22  and defendant/cross-complainant CHARLES JOHNSON, by and through their respective

23  counsel, hereby stipulate that:

24         (1) The Preliminary Injunction entered by the Court on August 23, 2007 as to all parties

25  should be immediately dissolved;

26         (2) The complaint filed by INTERLOC in this action shall be dismissed with prejudice

27  pursuant to Federal Rules of Civil Procedure 41 (a)(1).

28

SC1 17089106.1

PDF created with pdfFactory trial version www.pdffactory.com

1    (3) The third party complaint against Watson and counterclaim against Interloc filed by

2    Johnson be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1).

3    (4) The parties shall each bear  their own costs, expenses and attorney's fees in this

4    matter with no party deemed to be a prevailing party for any purpose.

5    DATED:  December __, 2007                    LAW OFFICES OF JEFFREY H. OCHRACH

6

7                                                        By_____
                                                              Jeffrey H. Ochrach
8                                                        Attorneys for Plaintiff
                                                         INTERLOC SOLUTIONS, INC.
9

10   DATED:  December __, 2007                    GORDON & REES LLP

11

12                                                       By: _____
                                                              Catherine Manske
13                                                       Attorneys for Cross-Defendants
                                                         INTERLOC SOLUTIONS, INC. AND
14                                                       MICHAEL WATSON

15   DATED:  December __, 2007                    SEYFARTH SHAW LLP

16

17                                                       By_____
                                                              James M. Nelson
18                                                            Diana R. Craig
                                                         Attorneys for Defendants
19                                                       TECHNOLOGY ASSOCIATES
                                                         INTERNATIONAL CORPORATION AND
20                                                       WALT OLESKI

21   DATED:  December __, 2007                    COOK BROWN LLP

22

23

24                                                       By_____
                                                              Dennis B. Cook
25                                                       Attorneys for Defendant
                                                         CHRIS RHODES

26

27

28                                              -2-

SC1 17089106.1

1    DATED:  December __, 2007          GURNEE & DANIELS LLP

2

3                                          By_____

4                                            Nicholas P. Forestiere
                                            Ellen Arabian-Lee

5                                      Attorneys for Defendant
                                      CHARLES JOHNSON

6    DATED:  December __, 2007          BEYER, PONGRATZ & ROSEN

7

8                                          By_____
                                            Stephen G. Pongratz

9                                      Attorneys for Defendant
                                      MICHAEL NUTT

10

### ORDER

11

12       Based on the stipulation of the parties and good cause appearing it is hereby ordered that

13  the preliminary injunction in this matter is dissolved, and of no further force or effect and that the

14  action and all claims brought under this case number are dismissed with each no party deemed to

15  be a prevailing party and with each party to bear his/its on attorney's fees, expenses, and costs.

16

DATED:  January 8, 2008

17

18

19                                        By  /s/ Ronald S. W. Lew
                                        Honorable Ronald S.W. Lew

20                                        United States District Judge

21

22

23

24

25

26

27

28                                     -3-

SC1 17089106.1

PDF created with pdfFactory trial version www.pdffactory.com