Jeffrey H. Ochrach [SBN 131027]
**LAW OFFICES OF JEFFREY H. OCHRACH**
3001 Douglas Boulevard, Suite 220
Roseville, California  95661
Telephone:   916-784-1200
Facsimile:    916-784-7099

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| INTERLOC SOLUTIONS, INC. | Civil No. 2:07-CV-01534-LEW-GGH |
| Plaintiff | ORDER EXONERATING DEPOSIT OF $5,000 AS BOND PURSUANT TO TEMPORARY RESTRAINING ORDER DATED AUGUST 14, 2007 |
| vs. | |
| TECHNOLOGY ASSOCIATES INTERNATIONAL CORPORATION, WALT OLESKY, CHARLES JOHNSON, CHRIS RHODES, MICHAEL NUTT and DOES 1 THROUGH 10, inclusive, | *[Assigned to the Honorable Ronald S. W. Lew, Sr.]* |
| Defendants. | |

On or about August 15, 2007, plaintiff INTERLOC SOLUTIONS, INC. ("INTERLOC") deposited $5,000 to satisfy the bond requirement of the Temporary Restraining Order issued by Judge Lew on August 14, 2007.  The above-entitled matter having been resolved, plaintiff INTERLOC hereby requests the $5,000, plus interest, be exonerated and returned to INTERLOC.

**<u>ORDER</u>**

IT IS ORDERED, the deposit of $5,000, plus interest, be returned to INTERLOC.

Dated: May 12, 2008

*Ronald SW Lew*
_____
Judge of the United States District Court